PEOPLE v. SANKEY

Appeal from Wayne, Harry J. Dingeman, Jr., J. Submitted Division 1 May 6, 1970, at Detroit. (Docket No. 6982.) Decided February 22, 1971.

Sam Sankey, Jr., was convicted of felonious assault. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Lawrence R. Greene,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and McGREGOR and AGER,* JJ.

PER CURIAM. Defendant was tried and convicted by the court, sitting without a jury, of felonious assault and was sentenced to a term of three to four years in prison. MCLA § 750.82 (Stat Ann 1962 Rev § 28.277). On appeal, defendant claims that his conviction was against the great weight of the evidence. An examination of the record on appeal discloses sufficient evidence, if believed by the trier of

---

* Circuit judge, sitting on the Court of Appeals by assignment.

the facts, to support the finding that defendant was guilty, beyond a reasonable doubt, of felonious assault. *People* v. *Petrosky* (1938), 286 Mich 397; *People* v. *Szymanski* (1948), 321 Mich 248; *People* v. *Hogan* (1967), 9 Mich App 78; *People* v. *Jeter* (1970), 21 Mich App 158.

Affirmed.